IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY JAMAAR BROWN, AIS #271578** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION 14-00413-KD-N** |
| : | |
| **HARLEY GEDDES** : | |
|     **Defendant.** : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 24, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to comply the Court's order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **21st** day of **April 2015.**

                                                        /s/ Kristi K. DuBose
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**